UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH B. ROBINSON,                                   Civil Action No.06-11656

               Plaintiff,                            District Judge Sean F. Cox

vs.

FORD MOTOR COMPANY,
               Defendants.
_____/

## ORDER OF DISMISSAL

On July 27, 2006, counsel appeared before the court for a scheduling conference. All counsel, including Plaintiff's counsel, Mr. Robinson, were handed a scheduling order, ordering a status conference for September 20, 2006. A Status Conference was scheduled before the court on September 20, 2006. Plaintiff's counsel failed to appear for this conference and failed to notify the court with the reason for his non appearance.

On September 27, 2006, this Court entered an Order to Show Cause, ordering Mr. Robinson to show cause, in writing, on or before October 18, 2006, why the above entitled case should not be dismissed for failure to prosecute pursuant to Local Rule 41.2.

Mr. Robinson has failed to respond to the court's Order to Show Cause, therefore,

**IT IS ORDERED** that the above entitled case is dismissed for failure to prosecute.

        SO ORDERED

                                    s/ Sean F. Cox
                                    Sean F. Cox
                                    United States District Judge

Dated: October 30, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH B. ROBINSON,                            Civil Action No.06-11656

                  Plaintiff,                 District Judge Sean F. Cox

vs.

FORD MOTOR COMPANY,
                 Defendants.
_____/

**PROOF OF SERVICE**

The undersigned certifies that on October 30, 2006, the foregoing order was served upon counsel of record via the Court's ECF System and/or U. S. Mail at the address below:

**John C. Robinson**
John C. Robinson Assoc.
4625 Second Avenue
Suite 412
Detroit, MI 48201

                                             s/Jennifer Hernandez
                                             Case Manager to
                                             District Judge Sean F. Cox